IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| BALFOUR BEATTY CONSTRUCTION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LAKE MECHANICAL CONTRACTORS, INC.; NEW ERA LENDING, LLC; FAS TEC, INCORPORATED; PETROLEUM COMPLIANCE SOLUTIONS, INC. N/K/A PROCORR, INC.; UNITHERM, INCORPORATED; HAJOCA CORPORATION D/B/A HUGHES SUPPLY; HIGGINS INFORMATION TECHNOLOGIES INC.; LAPIN SHEET METAL COMPANY; ORLANDO WINNELSON CO. N/K/A WINNSUPPLY ORLANDO FL CO.; and TRANE U.S., INC. <br><br> Defendants. | Case No. 6:16-cv-01804-PGB-TBS |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**BALFOUR BEATTY CONSTRUCTION, LLC, Plaintiff in this Interpleader action (the "Interpleader Action") and garnishee in the case styled** *New Era Lending, LLC v. Lake Mechanical Contractors, Inc., et al.***, Case No. 56927/16, Supreme Court of the State of New York, County of Westchester (the "New Era Lending Case")**

**Attorneys for BALFOUR BEATTY CONSTRUCTION, LLC (Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC)**
- ■ **Michael A. Hornreich, Esq.**
- ■ **Matthew I. Kramer, Esq.**

**NEW ERA LENDING, LLC, Plaintiff in the New Era Lending Action, which seeks to enforce and/or collect upon a judgment held by New Era Lending, LLC against Lake Mechanical Contractors, Inc.**

**Attorneys for NEW ERA LENDING, LLC (Zachter PLLC)**
- ■ Jeffrey Zachter

**MARTIN A. BIENSTOCK, City Marshal, who is seeking to collect upon a judgment held by New Era Lending, LLC against Lake Mechanical Contractors, Inc. in the New Era Lending Action**

**LAKE MECHANICAL CONTRACTORS, INC., a Defendant in the Interpleader Action and the New Era Lending Action**

**ROBERT B. MORRISON of MORRISON VALUATION & FORENSIC SERVICES, LLC, Assignee, in the assignment for benefit of creditor's case styled** *In re: Lake Mechanical Contractors, Inc.*, **Case No. 2016-CA-001382, in the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida**

**Attorneys for Assignee, Robert B. Morrison (Winderweedle, Haines, Ward & Woodman, P.A)**
- ■ Brad Saxton, Esq.
- ■ Heidi Boon, Esq.

**FAS TEC, INCORPORATED, a Defendant in the Interpleader Action**

**PETROLEUM COMPLIANCE SOLUTIONS, INC. N/K/A PROCORR, INC. , a Defendant in the Interpleader Action**

**UNITHERM, INCORPORATED, a Defendant in the Interpleader Action**

**HAJOCA CORPORATION D/B/A HUGHES SUPPLY, a Defendant in the Interpleader Action**

**HIGGINS INFORMATION TECHNOLOGIES   INC., a Defendant in the Interpleader Action**

**LAPIN SHEET METAL COMPANY, a Defendant in the Interpleader Action**

**ORLANDO WINNELSON CO. N/K/A WINNSUPPLY ORLANDO FL CO., a Defendant in the Interpleader Action**

**TRANE U.S., INC., a Defendant in the Interpleader Action**

2.)     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- **Balfour Beatty PLC**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**BALFOUR BEATTY CONSTRUCTION, LLC**

**NEW ERA LENDING, LLC**

**FAS TEC, INCORPORATED**

**PETROLEUM COMPLIANCE SOLUTIONS, INC. N/K/A PROCORR, INC.**

**UNITHERM, INCORPORATED**

**HAJOCA CORPORATION D/B/A HUGHES SUPPLY**

**HIGGINS INFORMATION TECHNOLOGIES   INC.**

**LAPIN SHEET METAL COMPANY**

**ORLANDO WINNELSON CO. N/K/A WINNSUPPLY ORLANDO FL CO.**

**TRANE U.S., INC.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: November 4, 2016

Respectfully submitted,

/s/ Matthew I. Kramer_____
MICHAEL A. HORNREICH
Florida Bar No.: 379972
MATTHEW I. KRAMER
Florida Bar No.: 0937231

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
255 South Orange Avenue, Suite 1260
Orlando, Florida 32801
Phone:  407.734.7000
Fax:     407.930.9180
mhornreich@wwhgd.com
mkramer@wwhgd.com
*Counsel for Plaintiff, Balfour Beatty Construction, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the United States District Court for the Middle District of Florida and thereby electronically transmitted to counsel of record.

/s/ Matthew I. Kramer
MATTHEW I. KRAMER