IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BALFOUR BEATTY CONSTRUCTION, LLC,

    Plaintiff,

v.                                        Case No. 6:16-cv-1804-ORL-40TBS

ROBERT MORRISON AS ASSIGNEE
FOR THE BENEFIT OF CREDITORS OF LAKE
MECHANICAL CONTRACTORS, INC.;
NEW ERA LENDING LLC; FASTEC PERFORMANCE
WAREHOUSE, INC.; PETROLEUM
COMPLIANCE SOLUTIONS, INC. N/K/A
PROCORR, INC.; UNITHERM,
INCORPORATED; HAJOCA
CORPORATION D/B/A HUGHES SUPPLY,
INC.; HIGGINS INFORMATION TECHNOLOGIES
INC.; LAPIN SHEET METAL COMPANY;
ORLANDO WINNELSON CO. N/K/A
WINSUPPLY ORLANDO FL CO.;
TRANE U.S. INC.; WRIGHT EXPRESS FINANCIAL
SERVICES CORPORATION N/K/A WEX BANK;
LYSBETH UNITED REFRIGERATION, INC.; TEMPACO, INC.;
BLACKS SUPPLY, INC.; HOLISTIC TEST & BALANCE, INC.;
SUNBELT RENTALS, INC. N/K/A SPDC, INC.;
STAN WEAVER AND COMPANY;
FCX PERFORMANCE, INC. A/K/A SOLARES CONTROLS;
RYAN HERCO PRODUCTS CORP.;
ROBERTS OXYGEN COMPANY, INC.;
ANDREWS FILTER AND SUPPLY CORPORATION;
MOVEABLE CONTAINER STORAGE INC.;
JOHNSTONE SUPPLY, INC.; ACE STAFFING
UNLIMITED, INC. N/K/A ACE STAFFING UNLIMITED
MANAGEMENT, INC.; W.W. GRAINGER, INC.; and
HERTZ EQUIPMENT RENTAL CORPORATION N/K/A
HERC RENTALS INC.,

    Defendants.
_____/

**SECOND AMENDED CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**BALFOUR BEATTY CONSTRUCTION, LLC, Plaintiff in this Interpleader action (the "Interpleader Action") and garnishee in the case styled** *New Era Lending, LLC v. Lake Mechanical Contractors, Inc., et al.*, **Case No. 56927/16, Supreme Court of the State of New York, County of Westchester (the "New Era Lending Case")**

**Attorneys for BALFOUR BEATTY CONSTRUCTION, LLC (Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC)**
- ■ Michael A. Hornreich, Esq.
- ■ Matthew I. Kramer, Esq.

**NEW ERA LENDING, LLC, Plaintiff in the New Era Lending Action, which seeks to enforce and/or collect upon a judgment held by New Era Lending, LLC against Lake Mechanical Contractors, Inc.**

**Attorneys for NEW ERA LENDING, LLC (Zachter PLLC)**
- ■ Jeffrey Zachter

**MARTIN A. BIENSTOCK, City Marshal, who is seeking to collect upon a judgment held by New Era Lending, LLC against Lake Mechanical Contractors, Inc. in the New Era Lending Action**

**LAKE MECHANICAL CONTRACTORS, INC., a Defendant in the Interpleader Action and the New Era Lending Action**

**ROBERT B. MORRISON of MORRISON VALUATION & FORENSIC SERVICES, LLC, Assignee, in the assignment for benefit of creditor's case styled** *In re: Lake Mechanical Contractors, Inc.*, **Case No. 2016-CA-001382, in the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida**

**Attorneys for Assignee, Robert B. Morrison (Winderweedle, Haines, Ward & Woodman, P.A)**
- ■ Brad Saxton, Esq.
- ■ Heidi Boon, Esq.

**FASTEC PERFORMANCE WAREHOUSE, INC., a Defendant in the Interpleader Action**

**PETROLEUM COMPLIANCE SOLUTIONS, INC. N/K/A PROCORR, INC.**, a Defendant in the Interpleader Action

**UNITHERM, INCORPORATED**, a Defendant in the Interpleader Action

**HAJOCA CORPORATION D/B/A HUGHES SUPPLY**, a Defendant in the Interpleader Action

**HIGGINS INFORMATION TECHNOLOGIES INC.**, a Defendant in the Interpleader Action

**LAPIN SHEET METAL COMPANY**, a Defendant in the Interpleader Action

**ORLANDO WINNELSON CO. N/K/A WINNSUPPLY ORLANDO FL CO.**, a Defendant in the Interpleader Action

**TRANE U.S., INC.**, a Defendant in the Interpleader Action

**WRIGHT EXPRESS FINANCIAL SERVICES CORPORATION N/K/A WEX BANK**, a Defendant in the Interpleader Action

**LYSBETH UNITED REFRIGERATION, INC.**, a Defendant in the Interpleader Action

**TEMPACO, INC.**, a Defendant in the Interpleader Action

**BLACKS SUPPLY, INC.**, a Defendant in the Interpleader Action

**HOLISTIC TEST & BALANCE, INC.**, a Defendant in the Interpleader Action

**SUNBELT RENTALS, INC. N/K/A SPDC, INC.**, a Defendant in the Interpleader Action

**STAN WEAVER AND COMPANY**, a Defendant in the Interpleader Action

**FCX PERFORMANCE, INC. A/K/A SOLARES CONTROLS**, a Defendant in the Interpleader Action

**RYAN HERCO PRODUCTS CORP.**, a Defendant in the Interpleader Action

**ROBERTS OXYGEN COMPANY, INC.**, a Defendant in the Interpleader Action

**ANDREWS FILTER AND SUPPLY CORPORATION**, a Defendant in the Interpleader Action

**MOVEABLE CONTAINER STORAGE INC.**, a Defendant in the Interpleader Action

**JOHNSTONE SUPPLY, INC.**, a Defendant in the Interpleader Action

**ACE STAFFING UNLIMITED, INC. N/K/A ACE STAFFING UNLIMITED MANAGEMENT, INC., a Defendant in the Interpleader Action**

**W.W. GRAINGER, INC., a Defendant in the Interpleader Action**

**HERTZ EQUIPMENT RENTAL CORPORATION N/K/A HERC RENTALS INC., a Defendant in the Interpleader Action**

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- **Balfour Beatty PLC**

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None**

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**BALFOUR BEATTY CONSTRUCTION, LLC**

**NEW ERA LENDING, LLC**

**FASTEC PERFORMANCE WAREHOUSE, INC.**

**PETROLEUM COMPLIANCE SOLUTIONS, INC. N/K/A PROCORR, INC.**

**UNITHERM, INCORPORATED**

**HAJOCA CORPORATION D/B/A HUGHES SUPPLY**

**HIGGINS INFORMATION TECHNOLOGIES   INC.**

**LAPIN SHEET METAL COMPANY**

**ORLANDO WINNELSON CO. N/K/A WINNSUPPLY ORLANDO FL CO.**

**TRANE U.S., INC.**

**WRIGHT EXPRESS FINANCIAL SERVICES CORPORATION N/K/A WEX BANK**

**LYSBETH UNITED REFRIGERATION, INC.**

**TEMPACO, INC.**

**BLACKS SUPPLY, INC.**

**HOLISTIC TEST & BALANCE, INC.**

**SUNBELT RENTALS, INC. N/K/A SPDC, INC.**

**STAN WEAVER AND COMPANY**

**FCX PERFORMANCE, INC. A/K/A SOLARES CONTROLS**

**RYAN HERCO PRODUCTS CORP.**

**ROBERTS OXYGEN COMPANY, INC.**

**ANDREWS FILTER AND SUPPLY CORPORATION**

**MOVEABLE CONTAINER STORAGE INC.**

**JOHNSTONE SUPPLY, INC.**

**ACE STAFFING UNLIMITED, INC. N/K/A ACE STAFFING UNLIMITED MANAGEMENT, INC.**

**W.W. GRAINGER, INC.**

**HERTZ EQUIPMENT RENTAL CORPORATION N/K/A HERC RENTALS INC.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: January 24, 2017

Respectfully submitted,

/s/ Matthew I. Kramer_____
MICHAEL A. HORNREICH
Florida Bar No.: 379972
MATTHEW I. KRAMER
Florida Bar No.: 0937231

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
255 South Orange Avenue, Suite 1260
Orlando, Florida 32801
Phone:  407.734.7000
Fax:     407.930.9180
mhornreich@wwhgd.com
mkramer@wwhgd.com
*Counsel for Plaintiff, Balfour Beatty Construction, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Ace Staffing Unlimited, Inc.
Alexander B. Cvercko, as registered agent
13500 Sutton Park Drive S#304
Jacksonville, FL  32224

Andrews Filter and Supply Corporation
Mark D. Andrews, as registered agent
2309 Coolidge Avenue
Orlando, FL  32804

Blacks Supply, Inc.
Jason A. Black, as registered agent
1206 West Pine Street
Orlando, FL  32805

Fastec Performance Warehouse, Inc.
Scott Bramlett, registered agent
3950 Kissimmee Park Road
St. Cloud, FL 34772

FCX Performance, Inc. a/k/a Solares Controls
National Corporate Research, Ltd., Inc., as registered agent
115 North Calhoun Street

Tallahassee, FL  32301

W.W. Grainger Inc.
CT Corporation System
1200 S. Pine Island Road
Plantation, FL 33324

Hajoca Corporation d/b/a Hughes Supply, Inc.
Corporation Service Company, as registered agent
1201 Hays Street
Tallahassee, FL  32301

Charlie S. Martin, Esq.
P.O. Box 560683
Orlando, FL 32856-0683

Hertz Equipmental Rental Corporation n/k/a Herc Rentals Inc.
CT Corporation System, as registered agent
1200 South Pine Island Road
Plantation, FL 33324

Holistic Test & Balance, Inc.
Nicholas L. Uffelman, Jr., as registered agent
3614 Lenox Avenue
Jacksonville, FL  32254

Johnstone Supply, Inc.
Ian Rocha, as registered agent
8150 Forshee Drive
Jacksonville, FL  32219

Robert Morrison as Assignee
for the Benefit of Creditors of Lake
Mechanical Contractors, Inc.
934 North Magnolia Avenue, Suite 199
Orlando, FL 32803

Heidi M. Boon, Esq.
Brad Saxton, Esq.
Winderweedle, Haines, Ward & Woodman, P.A.
329 Park Avenue North
Second Floor
PO Box 880
Winter Park, Florida
32790-0880

Moveable Container Storage Inc.
National Corporate Research, LTD, Inc., as registered agent
115 North Calhoun Street
Suite 4
Tallahassee, FL 32301

New Era Lending LLC
Alan Karul, Chief Financial Officer
2371 McDonald Avenue
Brooklyn, New York 11223

Jeffrey Steven Zachter, Esq.
Zachter Pllc
2 University Plaza
Suite 205
Hackensack, NJ 07601-6211

Orlando Winnelson Co. n/k/a Winsupply Orlando FL Co.
c/o Compliance Services, 3110 Kettering Boulevard, Moraine, OH 45439
Corporation Service Company, as registered agent
1201 Hays Street
Tallahassee, FL 32301

Petroleum Compliance Solutions, Inc.
n/k/a ProCorr, Inc.
John Marc Tamayo, Esq., as registered agent
1701 South Florida Avenue
Lakeland, FL 33803

Roberts Oxygen Company, Inc.
CT Corporation System, as registered agent
7564 Standish Place, Suite 100, Rockville, MD 20855
1200 South Pine Island Road
Plantation, FL 33324

Ryan Herco Products Corp.
By serving: CT Corporation System, as registered agent
3010 North San Fernando Boulevard, Burbank, California 91504
1200 South Pine Island Road
Plantation, FL 33324

Sunbelt Rentals, Inc. n/k/a SPDC, Inc.
Donn Beloff, as registered agent
600 East Landstreet Road
Orlando, FL 32824

Tempaco, Inc.
Maria E. Robinson, as registered agent
1984 West New Hampshire St.
Orlando, FL  32804

Joseph S. Justice, Esq.
Ringer, Henry, Buckley & Seacord, P.A.
105 E. Robinson Street
Suite 400
Orlando, FL 32801

Lysbeth United Refrigeration, Inc.
CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

Unitherm, Incorporated
C.E. Gorski, as registered agent
3010 Powers Avenue, Suite 8
Jacksonville, FL  32207

Wright Express Financial Services Corporation n/k/a Wex Bank
Corporation Service Company, as registered agent
1201 Hays Street
Tallahassee, FL  32301

*/s/ Matthew I. Kramer*
MATTHEW I. KRAMER
Florida Bar No.: 0937231
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
255 South Orange Avenue, Suite 1260
Orlando, Florida 32801
Phone:  407.734.7000
Fax:     407.930.9180
mkramer@wwhgd.com
*Counsel for Plaintiff, Balfour Beatty Construction, LLC*